ACCEPTED
14-14-00905-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 1:42:25 PM
CHRISTOPHER PRINE
CLERK

# DABNEY & PAPPAS

*A Partnership of Professional Corporations*
Attorneys and Counselors at Law
1776 Yorktown, Suite 425
Houston, Texas 77056

Gus E. Pappas
713-621-2678

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 1:42:25 PM Facsimile
CHRISTOPHER A. PRINE 713-621-0074
Clerk

October 26, 2015

***ELECTRONICALLY THROUGH PRODOC***

Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> Re:    Cause No. 14-14-00905-CV; *Day & Night, Inc., Colorado County Oil Company, Inc., and SNP Business, Inc v. Star Tex Distributors, Inc.*; In the Fourteenth Court of Appeals for the State of Texas

Dear Clerk:

This office represents Appellee, Star Tex Distributors, Inc., in the above-referenced appeal, which is set for submission and oral argument before the Court, on Wednesday, October 28, 2015, at 10:30 a.m.

This letter shall serve to notify the Court that counsel for Appellee, Star Tex Distributors, Inc., intends to present Plaintiff's Exhibit 30, which can be found in the Supplemental Reporter's Record, filed on or about August 7, 2015, as evidence at the oral argument. A true and correct copy of such exhibit is being attached along with this filing. A filing fee in the amount of twenty-five and 00/100 dollars, ($25.00), is being paid electronically herewith.

Please feel free to contact my office should you have any questions.

Sincerely,

DABNEY & PAPPAS

*/s/ Gus E. Pappas*

Gus E. Pappas, P.C., as Partner
Gus E. Pappas, for the P.C.

GEP:tc

cc:    Client
       Abel Manji
       Donald Grissom

EXHIBIT

30

Plaintiff's

PENGAD 800-631-6989

# DAMAGES

① 10,700.⁰⁰

② 4,000.⁰⁰ Signs

③ JAN    #26,400.⁰⁰

Oct ◯ March

July   May 5, April



⊗

$ DAY & Night

(7) 2008  300000
           - 271,371
           _____
            28,629.04
         ($1,145.16)

2009       720,000.00
          - 459,024.00
          _____
           260,976.00  X .04
          ($10,439.04)

2010       720,000.00
          - 486,862.00
          _____
           233,138     X .04
          ($9,325.52)

2011    240,000

−182,367

57,633 x .04

$2,305.32

$23,215.04

D&N

$93,195.04

SNP & C.C.

$69,980.00